**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

In re
SKAT TAX REFUND SCHEME LITIGATION
This document relates to: 1:19-cv-01781-LAK,
1:19-cv-01783-LAK, 1:19-cv-01785-LAK,
1:19-cv-01788-LAK, 1:19-cv-01791-LAK,
1:19-cv-01792-LAK, 1:19-cv-01794-LAK,
1:19-cv-01798-LAK, 1:19-cv-01800-LAK,
1:19-cv-01801-LAK, 1:19-cv-01803-LAK,
1:19-cv-01806-LAK, 1:19-cv-01808-LAK,
1:19-cv-01809-LAK, 1:19-cv-01810-LAK,
1:19-cv-01812-LAK, 1:19-cv-01813-LAK,
1:19-cv-01815-LAK, 1:19-cv-01818-LAK,
1:19-cv-01869-LAK, 1:19-cv-01870-LAK,
1:19-cv-01894-LAK, 1:19-cv-01918-LAK,
1:19-cv-01922-LAK, 1:19-cv-01926-LAK,
1:19-cv-01928-LAK, 1:19-cv-01929-LAK,
1:19-cv-01931-LAK

18-MD-2865 (LAK)

ECF Case

**NOTICE OF JOINDER**

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

PLEASE TAKE NOTICE that Defendant Michael Ben-Jacob hereby joins in the motion to dismiss for lack of subject matter jurisdiction pursuant to Fed. R. Civ. P. 12(b)(1), filed on June 12, 2019, in Master Docket No. 18-MD-2865 (LAK) (ECF No. 134), and the supporting memorandum of law and documents therewith.

Dated: June 12, 2019
New York, New York

_____
Thomas E.L. Dewey
DEWEY PEGNO & KRAMARSKY LLP
777 Third Avenue – 37th Floor
New York, New York 10017

(212) 943-9000
tdewey@dpklaw.com

*Attorney for Defendant*
*Michael Ben-Jacob*