# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re<br><br>SKAT TAX REFUND SCHEME LITIGATION<br><br>This document relates to:<br><br>18-cv-07828; 19-cv-01785; 19-cv-01867; 19-cv-01781; 19-cv-01783; 19-cv-01866; 19-cv-01794; 19-cv-01798; 19-cv-01869; 19-cv-01922; 19-cv-01800; 19-cv-01788; 19-cv-01870; 18-cv-07827; 19-cv-01791; 19-cv-01792; 19-cv-01928; 19-cv-01926; 19-cv-01868; 18-cv-07824; 19-cv-01929; 19-cv-01803; 19-cv-01806; 19-cv-01801; 19-cv-01894; 19-cv-01808; 19-cv-01810; 19-cv-01809; 19-cv-01812; 19-cv-01896; 19-cv-01871; 19-cv-01813; 18-cv-07829; 18-cv-04434; 19-cv-01815; 19-cv-01818; 19-cv-01931; 19-cv-01918; 19-cv-01873; 21-cv-05339. | Case No. 1:18-md-2865-LAK<br><br> |

## [PROPOSED] ORDER FOR ADMISSION PRO HAC VICE OF NIHARIKA S. SACHDEVA

2414840.v1

The motion of NIHARIKA S. SACHDEVA, for admission to practice *Pro Hac Vice* in the above captioned cases is granted.

Applicant has declared that she is a member in good standing of the bar of the State of California; and that her contact information is as follows:

Niharika S. Sachdeva
Keker, Van Nest & Peters LLP
633 Battery Street
San Francisco, CA 94111-1809
Telephone: 415-391-5400
Facsimile: 415-397-7188
Email: nsachdeva@keker.com

Applicant having requested admission *Pro Hac Vice* to appear for all purposes as counsel for Defendant Michael Ben-Jacob in the above entitled cases;

IT IS HEREBY ORDERED that Applicant is admitted to practice *Pro Hac Vice* in the above captioned cases in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: 3/6/24

LEWIS A. KAPLAN
UNITED STATE DISTRICT JUDGE

2414840.v1