# Exhibit 50

| | |
|---|---|
| From: | |
| To: | Richard Markowitz; Jérôme LHOTE; John H. van Merkensteijn, III; Adam Larosa; 'trosenberg@crowell.com'; 'fintan.clancy@arthurcox.com' |
| Sent: | 5/3/2010 9:49:48 AM |
| Subject: | RE: Broadgate Ireland Funds PLC |

-----Original Message-----
From: Richard Markowitz
Sent: Sun 5/2/2010 7:35 PM
To: Matthew Stein; Jérôme LHOTE; John H. van Merkensteijn, III; Adam Larosa; trosenberg@crowell.com; fintan.clancy@arthurcox.com
Subject: Fw: Broadgate Ireland Funds PLC
Updated NR opinion

Richard Markowitz
Argre Management

----- Original Message -----
From: Guenther Grant-Klar <guenther.grant-klar@solo-capital.com>
To: Richard Markowitz
Cc: Raj Shah <raj.shah@solo-capital.com>; Sanjay Shah <sanjay.shah@solo-capital.com>
Sent: Sun May 02 01:42:43 2010
Subject: RE: Broadgate Ireland Funds PLC

Hi Richard

Please find attached latest draft of Norton Rose opinion, which hopefully addresses the remaining open issues. In particular, please note that we are addressing the management & control issue by holding board meetings, in Ireland, of Solo followed by Broadgate, at which the revised investment policy will be approved. These board meetings are scheduled to take place on Thursday.

Let us know if you have any comments.

Best regards
Guenther

Guenther Grant-Klar
Solo Capital Ltd
4 Broadgate
London
EC2M 2QY

T: +44 (0)7887 824167

From: Guenther Grant-Klar
Sent: 01 May 2010 22:23
To: rmarkowitz@argremgt.com
Cc: Raj Shah; Sanjay Shah
Subject: FW: Broadgate Ireland Funds PLC

Hi Richard

Please find attached revised supplement to include the additional investment policy language intended to address concerns around management & control of the fund in Ireland. We are planning on holding the board meeting next week on Thursday. Please confirm that you are happy with the changes.

Best regards
Guenther

Guenther Grant-Klar

CONFIDENTIAL / PRIVILEGED - SUBJECT
TO 502(d) ORDER

WH_MDL_00454199

Solo Capital Ltd
4 Broadgate
London
EC2M 2QY

T: +44 (0)7887 824167

---

From: Farrell, Paul [Paul.Farrell@mop.ie]
Sent: 30 April 2010 17:12
To: Guenther Grant-Klar
Cc: Raj Shah; Sanjay Shah; O'Flanagan, Caroline
Subject: RE: Broadgate Ireland Funds PLC

Guenther,

Revised supplement (clean and blacklined) attached.

Regards,

Paul Farrell
Matheson Ormsby Prentice
70 Sir John Rogerson's Quay
Dublin 2
Ireland
D: +353 1 232 2021
T: +353 1 232 2000
F: +353 1 232 3333
E: paul.farrell@mop.ie <mailto:paul.farrell@mop.ie>
W: www.mop.ie <http://www.mop.ie>

Solo Capital Limited is a company registered in England & Wales and is regulated by the FSA in the UK.

IMPORTANT - PLEASE NOTE
The information transmitted is intended only for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any review, retransmission, dissemination or other use of or taking of any action in reliance upon this information by persons or entities other than the intended recipient is prohibited. If you received this in error please contact the sender and destroy this email.

---

This email has been scanned by the MessageLabs Email Security System.
For more information please visit http://www.messagelabs.com/email

---